ACCEPTED
03-15-00506-CV
7671232
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 7:57:59 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00506-CV

IN THE COURT OF APPEALS
FOR THE THIRD COURT OF APPEALS DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 7:57:59 AM
JEFFREY D. KYLE
Clerk

**EUGENE MILES PRENTICE, RICHARD M. SPAZIANO, and CARL WILLIAM POLLOCK,**

*Appellants*,

vs.

**FROST BANK,**

*Appellee*.

Appeal from the 200th District Court of Travis County, Texas
Docket No. D-1-GN-13-000711

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellants, Eugene Miles Prentice, Richard M. Spaziano, and Carl William Pollock, respectfully requests that the Court grant them a 28-day extension of time, to and including December 7, 2015, for them to file a combined Appellants' Brief. In support, the Appellants respectfully show:

1

## Procedural History

1. This is an appeal of a final summary judgment, which was perfected August 12, 2015. The Clerk's Record was filed October 9, 2015. There is no Reporter's Record. Currently, the Appellants' Briefs are due Monday, November 9, 2015.

2. In this appeal, Eugene Miles Prentice and Richard M. Spaziano are represented by the undersigned counsel. Carl William Pollock is *pro se*. The Appellants have agreed to submit a single brief. While it is anticipated that counsel for Prentice and Spaziano will perform the bulk of the drafting, drafts of the brief will be circulated to Pollock for his comments.

3. The Appellants have not previously sought an extension of time to file their principal briefs.

## Grounds for Granting an Extension of Time

4. The Court should grant an extension of time upon the showing of any reasonable explanation. *See National Union Fire Ins. Co. v. Ninth Court of Appeals*, 864 S.W.2d 58, 60 (Tex. 1993) (any demonstration of the need for additional time, short of deliberate or intentional noncompliance, qualifies as a reasonable explanation).

5. The undersigned counsel respectfully requests a 28 day extension of time because his schedule has prevented him from devoting ade-

quate time to writing a brief in this case. Within the past week, the undersigned has filed two briefs in two different appeals:

   a.  One, in the First Court of Appeals in Houston involving an 16 volume Reporter's Record and 3 volume Clerk's Record where the Court was being asked to review the legal sufficiency and factual sufficiency of a jury's verdict; and

   b.  The other, a bankruptcy appeal to the United States District Court involving a issues of first impression in the Fifth Circuit.

In the mean time, the undersigned is having to spend an extensive amount of time in two recently-filed Chapter 11 bankruptcy cases and is preparing for a multi-day trial in the United States Tax Court.

6.  In the present case, additional time is needed in order to allow Carl William Pollock, a *pro se* appellant, to review and comment on drafts of the combined brief of the appellants and there will be the inevitable loss of several days surrounding the Thanksgiving holidays, a 28 day extension of time is likely the minimum necessary time for the Appellants to file a brief that fully advises the Court on the legal issues in this case.

**Agreement of Opposing Counsel**

7.  The undersigned attorney has conferred with opposing counsel, Kendall D. Hamilton, regarding this Motion. He is not opposed to the extension of time requested herein.

WHEREFORE, for the foregoing reasons, Appellant, Eugene Miles Prentice, Richard M. Spaziano, and Carl William Pollock respectfully re-

quest that the Court extend the deadline for them to file their principal briefs to Monday, December 7, 2015, as well as such other relief which is appropriate.

Respectfully Submitted,

Pendergraft & Simon, LLP
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. 713-528-8555
Fax. 713-868-1267

/s/ *William P. Haddock*
William P. Haddock
Texas Bar No. 00793875
whaddock@pendergraftsimon.com
Robert L. Pendergraft
Texas Bar No. 15743500
rlp@pendergraftsimon.com

*Counsel for Eugene Miles Prentice and Richard M. Spaziano*

/s/ *Carl William Pollock*[*with permission by WPH]
Carl William Pollock
1200 Barton Creek Blvd. #3
Austin, TX 78735
Tel. 512-656-6374
bpollock@healthcarerecoveryadvisors.com

*Appellant, pro se*

4

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time has been served on the following counsel/parties of record via e-service or facsimile transmission, if e-service is unavailable, in accordance with the TEX. R. APP. P. 9.5 and local rules for electronic filing on this 4th day of November 2015:

Kendall D. Hamilton
Law Office of Ken Hamilton
900 RR 620 South
Suite C101#164
Austin, TX 78734
*Counsel for Frost Bank*

Carl William Pollock
1200 Barton Creek Blvd. #3
Austin, TX 78735
bpollock@healthcarerecoveryadvisors.com
(by agreement)
*Appellant, pro se*

/s/ *William P. Haddock*
William P. Haddock